AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Dubina, Joel F | 2. Court or Organization<br><br>U.S. COURT OF APPEALS/11TH Cir | 3. Date of Report<br><br>5/9/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. CIRCUIT JUDGE–ACTIVE | 5. ReportType (check appropriate type)<br><br>○ Nomination Date<br><br>○ Initial ◉ Annual ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>Post Office Box 967<br><br>Montgomery, AL 36101-0967 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Investments Unlimited, a limited liability corp. ("LLC") |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE
2005 MAY 16 P 3: 09
RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS - transportation, lodging, food, entertainment

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Federal Land Bank | 1st mtg liable for 50% ▇▇▇▇ Farm Montgomery Co., AL | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F | 5/9/2005 |

## VII  INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  I. JOEL F. DUBINA | | | | | | | | | |
| 2.  COMMON STOCKS: | | | | | | | | | |
| 3.  Insignia Finl Group Inc | A | Dividend | J- | T | | | | | |
| 4.  Torchmark Corp | A | Dividend | K | T | | | | | |
| 5.  U.S. Shelter Corp. Del | A | Dividend | J | T | | | | | |
| 6.  Waddell & Reed Finl Inc. CL A | A | Dividend | K | T | | | | | |
| 7.  Money Market Funds ▓▓ Sterne, Agee & Leach | A | Interest | J | T | | | | | |
| 8.  12.5% interest Investments Unlimited, an L.L.C. | D | Rent | P1 | W | | | | | |
| 9.  50% interest in land, Montgomery County, AL | A | None | N | R | | | | | |
| 10.  12.5% interest in house, Ada, AL | A | None | L | W | | | | | |
| 11.  8% interest in ▓▓ Townhouses, Enterprise, AL | E | Rent | P1 | R | Sell | 3/31 | P1 | E | Judge |
| 12.  Fannie Mae | A | Dividend | J | T | | | | | |
| 13.  AmSouth Bank | A | Dividend | J | T | Sell | 7/26 | J | A | Judge |
| 14.  II. TRUST ASSETS #1 | | | | | | | | | |
| 15.  Cash ▓▓ Regions Bank | A | Interest | J | T | | | | | |
| 16.  Federal National Mortgage | A | Dividend | L | T | | | | | |
| 17.  MUNICIPAL OBLIGATIONS: | | | | | | | | | |
| 18.  Alabama St Docks Fac Rv | B | Interest | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction |
| 19. Mobile Co Al Tax Rv | B | Interest | K | T | | | | | |
| 20. Huntsville Al Hlth Rv | B | Interest | K | T | | | | | |
| 21. Alabama Ind. Access R&B | B | Interest | K | T | | | | | |
| 22. COMMON STOCKS: | | | | | | | | | |
| 23. Abbott Lab | A | Dividend | K | T | | | | | |
| 24. BankAmerica Corp | A | Dividend | K | T | | | | | |
| 25. Coca Cola Co | A | Dividend | K | T | | | | | |
| 26. General Electric Co | C | Dividend | M | T | | | | | |
| 27. Home Depot Inc | A | Dividend | K | T | | | | | |
| 28. Johnson & Johnson | B | Dividend | L | T | | | | | |
| 29. Merck & Co Inc | A | Dividend | K | T | | | | | |
| 30. Pfizer Inc. | B | Dividend | L | T | | | | | |
| 31. Torchmark Corp | C | Dividend | N | T | | | | | |
| 32. Waddell & Reed Finl Inc Cl A | B | Dividend | L | T | | | | | |
| 33. Wrigley Wm Jr Co | A | Dividend | K | T | | | | | |
| 34. Integrity Life Ins Policy | A | Dividend | L | T | | | | | |
| 35. Microsoft Corp. | A | Dividend | K | T | | | | | |
| 36. Walt Disney | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A–H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Schlumberger Ltd | A | Dividend | K | T | | | | | |
| 38. AOL Time Warner | A | Dividend | J | T | | | | | |
| 39. (PERSONAL HOLDINGS): | | | | | | | | | |
| 40. Money Market Funds ▓▓▓▓ Regions Bank | A | Interest | J | T | | | | | |
| 41. Torchmark Corp | A | Dividend | L | T | | | | | |
| 42. Waddell & Reed Finl Inc Cl A | A | Dividend | K | T | | | | | |
| 43. 56 TMK, United Inc. | A | Dividend | J | T | | | | | |
| 44. 12.5% interest Investments Unlimited, an L.L.C. | D | Rent | P1 | W | | | | | |
| 45. 12.5% interest in house, Ada AL | A | None | L | W | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Dubina, Joel F | 5/9/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

I. Positions: Trust #5 previously reported was a trust for ████████ that was established after ████ The trust terminated effective 8/9/04 when ██

████████ Townhouses sold 3/31/04.

VII. Investments and Trusts:

Trusts #1, #2, and #3 previously reported have been consolidated into one trust account. Trust Assets #1

page 1, line 9, land was purchased on 10/7/76 for $64,475.68; land was purchased on 12/14/78 for $50,000; and land was purchased on 9/7/82 for $93,248.00

page 1, line 11, ████████ Townhouses was purchased on 5/31/84 for $1,080,000.00; 3/31/04 sold to Generation IV Investment Group LLC of Dothan, Alabama for a purchase price of $1,050,000.00.

Trust #5 on previous reports was terminated. Child no longer qualifies as dependent.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat [signature redacted]                                    Date  5 | 9 | 05

NOTE: ANY [redacted] WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544